# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 2:14-cv-11521<br>)<br>) Hon. Mark A. Goldsmith |
| Warren Chiropractic & Rehab Clinic P.C.,<br>John Mousa Mufarreh, D.C.,<br>Keith Gover, D.C.,<br>Priority Patient Transport LLC,<br>George Mousa Mufarreh, and<br>Sharon Michele Smith, | )<br>) Magistrate Judge<br>) Mona Majzoub<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## APPEARANCE OF PATRICK C. HARRIGAN

PLEASE TAKE NOTICE that Patrick C. Harrigan of the law firm Katten Muchin Rosenman LLP, hereby enters his appearance in this matter as additional counsel of record for Plaintiff State Farm Mutual Automobile Insurance Company, and consents to electronic service of all papers in this action. The undersigned certifies that he is admitted to practice in this Court.

Dated:  April 16, 2014

Respectfully submitted,

By:   s/ Patrick C. Harrigan
     Ross O. Silverman (IL 6226560)
     Michael M. Rosensaft (NY 4247250)
     Patrick C. Harrigan (IL 6289678)
     Katten Muchin Rosenman LLP
     525 West Monroe Street
     Chicago, IL  60661-3693
     (312) 902-5200
     ross.silverman@kattenlaw.com
     michael.rosensaft@kattenlaw.com
     patrick.harrigan@kattenlaw.com

     Thomas W. Cranmer (P25252)
     Miller, Canfield, Paddock & Stone P.L.C.
     840 W. Long Lake Road, Suite 200
     Troy, Michigan  48098
     (248)-267-3381
     cranmer@millercanfield.com

     *Attorneys for Plaintiff State Farm Mutual Automobile Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2014, I electronically filed the foregoing paper with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

By:   s/ Patrick C. Harrigan
Ross O. Silverman (IL 6226560)
Michael M. Rosensaft (NY 4247250)
Patrick C. Harrigan (IL 6289678)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL  60661-3693
(312) 902-5200
ross.silverman@kattenlaw.com
michael.rosensaft@kattenlaw.com
patrick.harrigan@kattenlaw.com

Thomas W. Cranmer (P25252)
Miller, Canfield, Paddock & Stone P.L.C.
840 W. Long Lake Road, Suite 200
Troy, Michigan  48098
(248)-267-3381
cranmer@millercanfield.com