UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Plaintiffs,

v.

WARREN CHIROPRACTIC
& REHAB CLINIC,
JOHN MOUSA MUFARREH, D.C.,
KEITH GOVER, D.C.,
PRIORITY PATIENT TRANSPORT LLC,
GEORGE MOUSA MUFARRAEH,
and SHARON MICHELE SMITH,

        Defendants.

Case No. 4:14-cv-11521
Honorable Mark A. Goldsmith
Magistrate Judge Mona Majzoub

_____/

Thomas W. Cranmer (P25252)
Matthew P. Allen (P57914)
Miller, Canfield, Paddock and Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI  48098-6358
Telephone: (248) 879-2000
cranmer@millercanfield.com
allen@millercanfield.com
*Attorneys for Plaintiff*
_____

**APPEARANCE OF MATTHEW P. ALLEN**

22118520.1\150450-00013

PLEASE TAKE NOTICE THAT Matthew P. Allen of the law firm Miller, Canfield, Paddock and Stone, PLC, has this day entered an appearance as attorney of record for Plaintiff State Farm Mutual Automobile Insurance Company in the above-entitled matter.

    Respectfully submitted,

    MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

    By:   s/Matthew P. Allen
        Matthew P. Allen (P57914)
        840 W. Long Lake Road, Suite 200
        Troy, MI 48098
        Telephone: (248) 267-3290
        allen@millercanfield.com
        *Attorney for Plaintiff State Farm Mutual Automobile Insurance Company*

Dated: April 21, 2014

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2014, I electronically filed the foregoing document with the Clerk of the court using the ECF system which will send notification of such filing to the following:

- **Thomas W. Cranmer**
  cranmer@millercanfield.com,Rouman@millercanfield.com,christenson@millercanfield.com

- **Patrick C. Harrigan**
  patrick.harrigan@kattenlaw.com,tyson.lamoreaux@kattenlaw.com,jacqueline.zaukas@kattenlaw.com

- **Ross O. Silverman**
  ross.silverman@kattenlaw.com,adam.poeppelmeier@kattenlaw.com,ecfdocket@kattenlaw.com,susan.heckel@kattenlaw.com

and hereby certify that I have also mailed by United States Postal Service the foregoing document to the following:

    None.

                                      By:   s/Matthew P. Allen
                                                  Matthew P. Allen (P57914)
                                                  Miller, Canfield, Paddock and Stone, P.L.C.
                                                  840 West Long Lake Road, Suite 200
                                                  Troy, MI  48098-6358
                                                  Telephone: (248) 267-3290
                                                  allen@millercanfield.com
                                                  *Attorney for Plaintiff State Farm Mutual Automobile Insurance Company*

Dated: April 21, 2014