AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 4:14-cv-11521
Hon. Mark A. Goldsmith

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Sharon Michele Smith

Date of Service:   _4/22/14 @ 6:59p_

## Method of Service

_X_   Personally served at this address:   _21630 Beechwrest_
_Dearborn Hgts. MI 48127_

___   Left copies at the usual place of abode with (name of person):

___   Other (specify):

___   Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   _Michael A. Pelot_
Signature of Server:   _[signature]_
Date:   _4/22/14_
Server's Address:   _2610 Yemans Fl. 1_
_Hamtramck MI 48212_