AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 4:14-cv-11521
Hon. Mark A. Goldsmith

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Priority Patient Transport LLC

Date of Service: 4/22/14 @ 6:59p

## Method of Service

✓ Personally served at this address:
C/o S. Michelle Smith, resident agent
21630 Beechcrest
Dearborn Hgts. MI 48127

___ Left copies at the usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:** Travel $____ Service $____ Total $____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Michael A. Pelot

Signature of Server: _____

Date: 4/22/14

Server's Address: 2610 Yemans Floor 1
Hamtramck MI 48212