AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 4:14-cv-11521
Hon. Mark A. Goldsmith

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   D.C. Keith Gover

Date of Service:   4/22/14 @ 8:07p

## Method of Service

✓  Personally served at this address:   225 Brookwood #13
                                         South Lyon MI 48178

___  Left copies at the usual place of abode with (name of person):

___  Other (specify):

___  Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   Michael A. Pelor
Signature of Server:   _____
Date:   4/22/14
Server's Address:   2610 Yemans Fl. 1
                    Hamtramck MI 48212