UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

          Plaintiff,

v.

WARREN CHIROPRACTIC & REHAB
CLINIC, P.C.,
JOHN MOUSA MUFARREH, D.C.,
KEITH GOVER, D.C.
PRIORITY PATIENT TRANSPORT, LLC,
GEORGE MOUSA MUFARREH and
SHARON MICHELE SMITH,

          Defendants.

Case No: 14-cv-11521

Hon. Mark A. Goldsmith

## **APPEARANCE**

      NOW COMES attorney BEN M. GONEK and hereby enters his appearance as attorney of record for Defendants Warren Chiropractic & Rehab Clinic, P.C., John Mousa Mufarreh, D.C. and Keith Gover, D.C.

                             Respectfully submitted,

                             */s/ Ben M. Gonek*
                             _____
                             Ben M. Gonek (P43716)
                             500 Griswold Street, Ste 3500
                             Detroit, MI 48226
                             (313) 962-5210

Dated:  May 13, 2014

## **CERTIFICATE OF SERVICE**

 Ben M. Gonek hereby states that on the 13th day of May 2014, he caused the foregoing Appearance to be filed electronically and that copies were forwarded to all counsel of record using the CM/ECF system.

             */s/ Ben M. Gonek*
             Ben M. Gonek (P43716)