UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

       Plaintiff,

v.                                     Case No. 4:14-CV-11521
                                     HON. MARK A. GOLDSMITH

WARREN CHIROPRACTIC
& REHAB CLINIC, P.C., et al.,

       Defendants.
_____/

## ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS (Dkts. 17, 20)

Before the Court are motions to dismiss filed by Defendants Warren Chiropractic & Rehab Clinic P.C., John Mousa Mufarreh, and Keith Gover (Dkt. 17), and Defendants Priority Patient Transport LLC, George Mousa Mufarreh, and Sharon Michele Smith (Dkt. 20). As discussed at the status conference with counsel following the motions hearing on November 7, 2014, the Court denies those motions.

The Court will issue a more detailed opinion describing the reasons for the denial if it does not receive a proposed stipulated order of dismissal from the parties on or before **February 13, 2015**.

SO ORDERED.

Dated: January 22, 2015                    s/Mark A. Goldsmith
     Detroit, Michigan                  MARK A. GOLDSMITH
                                           United States District Judge

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 22, 2015.

                                                  s/Johnetta M. Curry-Williams
                                                  Case Manager