UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>WARREN CHIROPRACTIC & REHAB CLINIC, P.C.,<br>JOHN MOUSA MUFARREH, D.C.,<br>KEITH GOVER, D.C.<br>PRIORITY PATIENT TRANSPORT, LLC,<br>GEORGE MOUSA MUFARREH and<br>SHARON MICHELE SMITH,<br><br>      Defendants. | Case No: 14-cv-11521<br><br>Hon. Mark A. Goldsmith |

## **DEFENDANTS WARRREN CHIROPRACTIC & REHAB CLINIC, P.C., JOHN MOUSA MUFARREH, D.C. and KEITH GOVER, D.C.'s OFFER OF JUDGMENT**

Defendants WARREN CHIROPRACTIC & REHAB CLINIC, P.C., JOHN MOUSA MUFARREH, D.C. and KEITH GOVER, D.C., by and through their attorney, BEN M. GONEK, make an Offer of Judgment to Plaintiff pursuant to FRCP 68 in the amount of Twenty-Five Thousand and 00/00 ($25,000.00) Dollars, inclusive of attorneys' fees and costs.

                Respectfully submitted,

                */s/ Ben M. Gonek*
                BEN M. GONEK (P43716)
                500 Griswold Street, Suite 3500
                Detroit, MI  48226
                (313) 962-5210

Dated:  June 1, 2015

## CERTIFICATE OF SERVICE

     Ben M. Gonek hereby states that on the 1st day of June 2015, he caused the foregoing Offer of Judgment to be filed electronically with the United States District Court and that copies of same were forwarded to all counsel of record using the ecf system.

                */s/ Ben M. Gonek*
                BEN M. GONEK (P43716)