*Exhibit 19*



# INVOICE

## E. WHITE & SON PROFESSIONAL SERVICES, L.L.C.

P.O. BOX 351021

DETROIT, MI 48235

OFFICE: 313-917-8659  FAX: 313-342-3324

E mail: ewhite@att.net

RATE: $100.00 PER HR. / .65 CENT PER MILE

Company: Applebaum & Stone Law Firm
Client: K__ B__
Assignment or Location: [redacted]

| DAY / DATE | START | END | HOURS | RATE | MILES | TOTAL |
|---|---|---|---|---|---|---|
| Mon | | | | | | |
| Tues | | | | | | |
| Wed | | | | | | |
| Thurs 10/10/13 | 6:00pm | 8:00pm | 2.00 | | 42 | $200.00 |
| Fri | | | | | | |
| Sat | | | | | | |
| Sun | | | | | | |
| Totals | | | 2.00 | | 42 | $200.00 |

A&S000451

A&S000451

**INVOICE**

E. WHITE & SON PROFESSIONAL SERVICES, L.L.C.

P.O. BOX 351021

DETROIT, MI 48235

OFFICE: 313-917-8659 FAX: 313-342-33__

E mail: ewhite@att.net

RATE: $100.00 PER HR. / .65 CENT PER MILE

Company: Applebaum & Stone Law Firm
Client: ▮▮▮▮▮▮▮▮▮▮
Assignment or Location: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| DAY/DATE | START | END | HOURS | RATE | MILES | TOTAL |
|---|---|---|---|---|---|---|
| Mon 2/3/14 | 4:30pm | 7:30pm | 3.00 | | 32 | $175.00 |
| Tues | | | | | | |
| Wed | | | | | | |
| Thurs | | | | | | |
| Fri | | | | | | |
| Sat | | | | | | |
| Sun | | | | | | |
| Totals: | | | 3.00 | | 32 | $175.00 |

A&S000477

A&S000477

## INVOICE

**E. WHITE & SON PROFESSIONAL SERVICES, L.L.C.**

P.O. BOX 351021

DETROIT, MI 48235

OFFICE: 313-917-8659 FAX: 313-342-3324

E mail: ewhite@att.net

RATE: $100.00 PER HR. / .65 CENT PER MILE



Company: Applebaum & Stone Law firm
Client: ███████████
Assignment or Location: ████████████████████

| DAY / DATE | START | END | HOURS | RATE | MILES | TOTAL |
|---|---|---|---|---|---|---|
| Mon | | | | | | |
| Tues | | | | | | |
| Wed | | | | | | |
| Thurs 12/12/13 | 2:45p | 5:45p | 3.00 | | 45 | $175.00 |
| Fri | | | | | | |
| Sat | | | | | | |
| Sun | | | | | | |
| Totals: | | | 3.00 | | | $175.00 |

A&S000427

A&S000427

| Inv No | Inv Date | Due Date | G/L No | Amount | Description |
|---|---|---|---|---|---|
| SG00-91326 | 08/25/2015 | 08/25/2015 | 30101 | 1,114.50 | Attorney Fee |
| | | | 330565 | | P▮▮▮▮▮ O▮▮▮▮ |

APPLEBAUM & STONE PLC
IOLTA LAWYERS TRUST CHECKING
Check No. 10876

10876

08/25/2015      1,114.50   MOTOR CITY ACCIDENT ATTORNEY

**APPLEBAUM & STONE PLC**
**IOLTA LAWYERS TRUST CHECKING**
28777 CENTRAL PARK BLVD.
SUITE 300
SOUTHFIELD, MICHIGAN 48076

COMERICA BANK

Check No. 10876
9-9/720
221

DATE: 08/25/2015
AMOUNT: $****1,114.50

ONE THOUSAND ONE HUNDRED FOURTEEN AND 50 / 100 DOLLARS

PAY TO THE ORDER OF:
MOTOR CITY ACCIDENT ATTORNEYS
2000 Town Center
Suite 1900
Southfield, MI 48075

AUTHORIZED SIGNATURE

⑆010876⑆

APPLEBAUM & STONE PLC
IOLTA LAWYERS TRUST CHECKING
Check No. 10876
10876

| Inv No | Inv Date | Due Date | G/L No | Amount | Description |
|---|---|---|---|---|---|
| SG00-91326 | 08/25/2015 | 08/25/2015 | 30101 | 1,114.50 | Attorney Fee |
| | | | 330565 | | P▮▮▮▮ O▮▮▮▮ |

08/25/2015      1,114.50   MOTOR CITY ACCIDENT ATTORNEYS

LMP98   M/P CHECK

A&S000407

A&S000407