UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

      Plaintiff,

v.                                         Case No. 14-CV-11521
                                             HON. MARK A. GOLDSMITH

WARREN CHIROPRACTIC
& REHAB CLINIC, P.C., et al.,

      Defendants.
_____/

## ORDER OF DISMISSAL

On June 17, 2016, the parties' counsel contacted the Court and advised that this case had settled. The parties further advised that closing documents would be submitted by June 21, 2016, but no closing documents were submitted.

Accordingly, it is ordered that this action, including all claims and counterclaims, is DISMISSED WITH PREJUDICE and without costs or attorney fees. This dismissal is subject to reopening within 30 days of this order if settlement is not consummated, or if the parties stipulate to some other order of dismissal. All pending motions (Dkts. 104-114) are denied as moot.

      SO ORDERED.

Dated: August 25, 2016                                   s/Mark A. Goldsmith
      Detroit, Michigan                         MARK A. GOLDSMITH
                                                      United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 25, 2016.

                                                                   s/Karri Sandusky
                                                                     Case Manager